

**SO ORDERED.**

**SIGNED this 04 day of January, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    MICHAEL ANTHONY WILSON         #09-33830
TONYA DALEEN WILSON              Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY NATIONAL CITY BANK

No response having been filed to the Trustee's Objection to secured mortgage claim filed by National City Bank, it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained. The claim filed by National City Bank c/o First Franklin in the amount of $35532.39 is an allowed cliam to be paid as a general unsecured claim per the debtor(s) confirmed plan which avoids and strips this mortgage lien to an unsecured status.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995