IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09-33830 |
| Michael Anthony Wilson and ) | Chapter 13 |
| Tonya Daleen Wilson, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

**MOTION FOR ORDER DIRECTING PAYMENT
OF UNCLAIMED FUNDS TO CLAIMANT**

PNC Bank, National Association successor by merger to National City Bank (the "Claimant") respectfully moves the Court as follows:

1. Claimant is a creditor of Debtors and is due to receive and the Chapter 13 Trustee did, in fact, make distributions from the estate to Claimant pursuant to the confirmed chapter 13 plan in the cumulative amount of $5,012.66 (the "Unclaimed Funds"). Claimant was not located at the address to which such payments were made, and the Unclaimed Funds of Claimant were paid into the Court pursuant to 11 U.S.C. § 347 by the Chapter 13 Trustee.

2. Pursuant to 11 U.S.C. § 347, 28 U.S.C. §2041 *et. seq.*, and E.D. Tenn LBR 9013-1(g)(2)(xiii), Claimant requests that the Court issue an order directing payment of the Unclaimed Funds to Claimant and that payment be made to PNC Bank, National Association successor by merger to National City Bank, Attn: David L. Zive, 1600 Market Street, 28th Floor Philadelphia, PA 19103.

3. A copy of National City Bank of Indiana FDIC history report showing National City Bank of Indiana merged with and into National City Bank then subsequently

merged with and into PNC Bank, National Association is attached hereto as "Exhibit A".

4. A Copy of the proof of claim and attached Deed of Trust is attached hereto as "Exhibit B"

5. Copies of the Chapter 13 Trustee's reports depositing the Unclaimed Funds with the Court are attached hereto as collective "Exhibit C".

WHEREFORE, Claimant requests that the Court issue an order directing payment of the Unclaimed Funds held by the Court for Claimant in this case and for such further and other relief as is just and appropriate.

Respectfully submitted this 8th day of July, 2014.

/s/ Nelwyn W. Inman
Nelwyn W. Inman, BPR #013624
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450
Direct phone:  423.752.4405
Direct fax:  423.752.9587
E-mail:  ninman@bakerdonelson.com

*Attorney for PNC Bank, National Association successor by merger to National City Bank*

CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of July, 2014, a copy of the foregoing electronically filed pleading was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice:

    Richard M. Mayer
    John P. Newton, Jr.
    1111 Northshore Dr., Ste. S-570
    Knoxville, Tennessee  37919

    Gwendolyn M. Kerney
    Chapter 13 Trustee
    P. O. Box 228
    Knoxville, TN  37901

    United States Trustee
    800 Market Street, Suite 114
    Howard H. Baker Jr. U.S. Courthouse
    Knoxville, Tennessee  37902

    United States Attorney
    800 Market Street, Suite 211
    Knoxville, TN 37902


    /s/ Nelwyn W. Inman