

**SO ORDERED.**
**SIGNED this 9th day of July, 2014**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CASE NO. 09-33830 |
| Michael Anthony Wilson and | ) | Chapter 13 |
| Tonya Daleen Wilson, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT

On the motion of PNC Bank, National Association successor by merger to National City Bank, a creditor in the captioned case, for an order directing payment of unclaimed funds held in the registry of the Court, the Court finds that the motion is well taken and that Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. WHEREFORE, it is hereby

ORDERED that funds held in the registry of the Court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant, in the amount of $5,012.66 be paid to PNC Bank, National Association successor by merger to National City Bank, Attn: David L. Zive, 1600 Market Street, 28th Floor Philadelphia, PA 19103.

# # #

APPROVED FOR ENTRY:

/s/ Nelwyn W. Inman
Nelwyn W. Inman, BPR #013624
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450
Direct phone:  423.752.4405
Direct fax:  423.752.9587
E-mail:  ninman@bakerdonelson.com

*Attorney for PNC Bank, National Association*
*successor by merger to National City Bank*